1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11

12   BRUCE BARTMANN,                   )    No. CV 09-03163 (CW)
                                       )
13                 Plaintiff,          )    JUDGMENT
             v.                        )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner, Social Security     )
     Administration,                   )
16                                     )
                   Defendant.          )
17   _____)

18

19        **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: July 20, 2010

23

24                               _____
                                      CARLA M. WOEHRLE
25                                United States Magistrate Judge

26

27

28